[No. 44096-9-I.    Division One.    March 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALTON
SWANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01313-8, Ronald L. Castleberry, J., entered January 20, 1999. *Affirmed* by unpublished per curiam opinion.


[No. 44118-3-I.    Division One.    March 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SEMIRA
GHEBREMHEDIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09690-8, Anthony P. Wartnik, J., entered January 12, 1999. *Affirmed* by unpublished per curiam opinion.


[No. 44124-8-I.    Division One.    March 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06769-0, Dean Scott Lum, J., entered January 11, 1999. *Affirmed* by unpublished per curiam opinion.


[No. 44227-9-I.    Division One.    March 13, 2000.]

PATRICK W. MURPHY, ET AL., *Respondents*, v. LORETTA
MOUNTS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-03200-4, David F. Hulbert, J., entered March 8, 1999. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Ellington, J.